IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION | : MDL NO. 2848<br>:<br>: CIVIL ACTION NO. 18-md-2848 |
| THIS DOCUMENT RELATES TO:<br>JOSEPH BOCKUS v. MERCK & CO., INC., et al.<br>Civil Action No. 18-20020 | : |

PRETRIAL ORDER NO. 508

AND NOW, this 11th day of October 2023, for the reasons set forth in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants Merck & Co., Inc. and Merck Sharp & Dohme Corp. insofar as it seeks to exclude the general causation opinions of Mark Poznansky, M.D. and David Saperstein, M.D. (MDL Doc. # 1230) is DENIED, but the motion of defendants insofar as it seeks to exclude the specific causation opinion of David Saperstein, M.D. is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                              J.